**Order entered December 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01372-CV

**CHRISTOPHER PATTERSON AND STEVENS TRANSPORT, INC., Appellants**

**V.**

**GLENDY W. TOLBERT, JR., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01126-D**

## ORDER
Before Justices Bridges, Lang-Miers, and Schenck

Based on the Court's opinion of this date, we **DIRECT** the Clerk of this Court to issue

the mandate **INSTANTER**.

/s/     DAVID L. BRIDGES
          JUSTICE